# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:20-cv-00054-MR-WCM

| | |
|---|---|
| **WILLIAM MOSIER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| **SOUTHEAST ENERGY, LLC and** ) | |
| **ANNE E. DYER,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Defendants Southeast Energy, LLC and Anne E. Dyer removed this action to this Court on February 24, 2020. [Doc. 1]. On March 4, 2020, the Defendants filed a Motion to Dismiss. [Doc. 3]. On May 26, 2020, the Magistrate Judge entered a Memorandum and Recommendation, recommending that the Motion to Dismiss be denied. [Doc. 9]. No objections were filed, and the Court accepted the Magistrate Judge's Recommendation on June 11, 2020. [Doc. 10].

Although the Court has now denied the Motion to Dismiss, the Defendants have failed to file an Answer to the Plaintiff's Complaint.

Accordingly, **IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Defendants shall file an Answer to the Plaintiff's Complaint.  **The Defendants are advised that failure to file an Answer or otherwise defend this action will result in the entry of default against them.**

**IT IS SO ORDERED.**

Signed: July 27, 2020

Martin Reidinger
Chief United States District Judge

2